faf

RECEIVED

2014 FEB 14  AM 10: 39

U.S. COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 13-4646

(3:11-cr-00253-RJC-1)

UNITED STATES OF AMERICA              >

          Plaintiff-Appellee          >

                                      >        MOTION TO DISMISS

v.                                    >        PLAINTIFF FAIL TO STATE

                                      >        A CLAIM FOR RELIEF

NAZIM  HOSEIN                         >

          Defendant-Appellant         >

                                      >

COMES NOW Nazim Hosein, Hosein making a restricted apperance to the appeal court under Rule(8), who is unschooled in law and notices the court of onunciation of principles as stated in Haynes v. Kerner, 404 U.S. 519, and notices the court of the following:

1. Defendant was tried by jury in a United States District Court and was not found guilty for committing any crime against United States.

2. No evidence proved Defendant knowingly, Intentionally or Voluntarily used

any U.S. currency in any transaction to commit bank fraud against any U.S. financial institution.

3. Defendant had no liberty by two (2) U.S. Magistrate Judges united with U.S. constitution laws and federal constitution and statutory law, not relying on their U.S. Constitution powers but those compatible with the expressed or implied will of Congress.

4. The laws of United States were not faithfully executed.

WHEREFORE Defendant respectfully request this court to dismiss this matter claiming that even if all the plaintiffs allegations are true, they would not be legally sufficient to state a claim or which relief might be granted.

Respectfully submitted this 10th day of February, 2014.

Nazim Hosein, prose
c/o PID#10790
c/o Post Office Box 34429
Charlotte (28234) - 9999
North Carolina

CERTIFICATE OF SERVICE

2 of 3

I, Nazim Hosein, prosé affirm under the pain and penalty that a motion to dismiss the plaintiff fail to state a claim for relief was mailed via regular mail delivery at the Mecklenburg County Jail to: United States Court of Appeals For The Fourth Circuit, ℅ Taline A. Fischer, Deputy clerk of the court, 1100 East Main Street, Suite 501, Richmond, Virginia 23219-3517.

This the 10th day of February, 2014.

Nazim Hosein, prosé