UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 13-4646

(3:11-cr-00253-RJC-1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff-Appellee | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS FOR |
| | ) | IMPROPER VENUE |
| NAZIM HOSEIN | ) | |
| Defendant-Appellant | ) | |
| | ) | |

COMES NOW Nazim Hosein, pro se, Hosein making a restricted apperance to the appeal court under Rule (8), who is unschooled in law and notices the court of enunciation of Principles as stated in Haynes v. Kerner, 404 U.S. 519 and notices the court of motion to dismiss for improper venue under Rule 12(b) and show the court the following:

1. Attorney for defendant being a member of the BAR (British Accredited Registry) represents statutory jurisdiction (Maritime jurisdiction). Defendant found guilty by jury in a U.S. court under statutory law.

2. Plaintiff do not have constitutionality in the United States Court(s).

WHEREFORE Defendant respectfully shown the above for judicial guidance and request this court to dismiss this matter.

Respectfully submitted this 3rd day of March, 2014.

                        Nazim Hosein, prosé
                        c/o PID#10790
                        c/o Post office Box 34429
                        Charlotte (28234)-9999
                        North Carolina

## CERTIFICATE OF SERVICE

I, Nazim Hosein, affirm under the pain and penalty that a motion to dismiss for improper venue was mailed regular mail delivery at the Mecklenburg County Jail to; United States Court of Appeals for the Fourth Circuit, c/o Patricia S. Connor d.b.a. Clerk for the United States Court of Appeals, 1100 East Main Street, Suite 501, Richmond, Virginia 23219-3517.

This the 3rd day of March, 2014

                        Nazim Hosein, prosé