## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 10, 2014

_____

DOCUMENT TRANSMITTAL

_____

No. 13-4646,    <u>US v. Nazim Hosein</u>
             3:11-cr-00253-RJC-1

TO:    Nazim Hosein

Receipt is acknowledged of the documents recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf.

**<u>All future correspondence, including motions, should be sent to your attorney.</u>**

Taline A. Fischer, Deputy Clerk
804-916-2704